1
2
3
4
5
6
7

8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11  | In Re:                              | Case No.:
12  |                                     |
    | DMCA SUBPOENA TO TONIC DOMAINS     | DECLARATION IN SUPPORT OF
13  | CORPORATION                         | ISSUANCE OF DMCA SUBPOENA TO
    |                                     | TONIC DOMAINS CORPORATION
14  | Service Provider.                   | PURSUANT TO 17 U.S.C. § 512(h)

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO TONIC DOMAINS CORPORATION - 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, ANDREAS ALKIVIADES ANDREOU, hereby declare as follows:

1. I am the Director of MG Premium Ltd (hereinafter, "MG") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. MG, also known simply as Mindgeek, is among the world's leading providers of premium adult entertainment content. Along with its family of companies, MG owns and operates one of the largest portfolios of premium adult-oriented audiovisual content in the world. MG seeks to protect its copyrighted audiovisual works from blatant infringement.

3. I have personal knowledge of the copyrights owned by MG and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the instances that MG's copyrighted works have been posted without MG authorization on the websites listed in the attached **Exhibit A**.

4. MG is requesting for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Tonic Domains Corporation ("Tonic") that would order Tonic Domains Corporation to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the websites listed in the attached **Exhibit A**.

5. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited MG's exclusive rights in their copyrighted videos without their authorization. This information will only be used for the purposes of protecting the rights granted to MG, the copyright owners, under Title II of the Digital Millennium Copyright Act.

6. On February 19, 2021, authorized agent for MG Jason Tucker issued and served a copyright infringement notification on Tonic's Agent. Pursuant to Section 512(c)(3)(A), the notification was properly signed by MG's agent, identified the copyrighted material being

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO TONIC DOMAINS CORPORATION - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

1  infringed, set forth a listing of the URLs containing posts of infringing material, confirmed that
2  such use of MG's copyrighted works was not authorized by MG, and gave contact information
3  such that the DMCA Agent could reach him with questions. A true and correct copy of the
4  February 19, 2021 notification is attached as **Exhibit B**.

6  I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.

9  DATED this 2nd day of March, 2021, at Nicosia, Cyprus.

_____
ANDREAS ALKIVIADES ANDREOU

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO TONIC DOMAINS CORPORATION - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

# List of all websites using MG Premium Ltd.'s work

EXHIBIT A

Domains:

Freeomovie.to

Gaypornhdfree.to

Goodporn.to

Letsjerk.to

Xtapes.to

Yespornplease.to

| Website | Infringing Title | Infringing URL |
|---|---|---|
| Goodporn.to | BRAZZERS LIVE 10: RUFF'N'TUFF - 02/10/2011 | https://goodporn.to/videos/9162/brazzers-live-10-ruff-n-tuff-02-10-2011/ |
| Goodporn.to | BRAZZERS LIVE 34: BIGGER & BLONDER - 03/20/2013 | https://goodporn.to/videos/9192/brazzers-live-34-bigger-blonder-03-20-2013/ |
| Goodporn.to | BRAZZERS LIVE 35: VERONICA'S FANTASY - 04/30/2013 | https://goodporn.to/videos/9197/brazzers-live-35-veronica-s-fantasy-04-30-2013/ |
| Goodporn.to | BRAZZERS LIVE 31: HO HO HOES! - 12/13/2012 | https://goodporn.to/videos/9189/brazzers-live-31-ho-ho-hoes-12-13-2012/ |
| Xtapes.to | Sand And Sweat, Part 2 \| Alexis Fawx | https://en.xtapes.to/36238/sand-and-sweat-part-2-alexis-fawx/ |
| Xtapes.to | Sand And Sweat, Part 1 \| Alexis Fawx, Olive Glass | https://en.xtapes.to/36238/sand-and-sweat-part-1-alexis-fawx-olive-glass/ |
| Xtapes.to | Alone With BFs Pervy Roommate \| Adria Rae, Keiran Lee | https://en.xtapes.to/36238/alone-with-bfs-pervy-roommate-adria-rae-keiran-lee/ |
| Gaypornhdfree.to | Harbey & Ryan - Ryan Bones & Harvey Sid | https://gaypornhdfree.to/2021/02/harvey-ryan-ryan-bones-harvey-sid/ |
| Gaypornhdfree.to | Real Men Wear Kilts: Bareback | https://gaypornhdfree.to/2020/03/jonas-jackson-leander-real-men-wear-kilts-bareback/ |
| Gaypornhdfree.to | Dick Swap Part 2 | https://gaypornhdfree.to/2021/02/alex-mecum-colton-grey-jeremy-spreadums/ |

| | | |
|---|---|---|
| Freeomovie.to | Busty Latin Beauties | https://www.freeomovie.to/busty-latin-beauties/ |
| Letsjerk.to | 4418021 - Anal Stretching In The Shower | https://letsjerk.to/alena-croft-scott-nails-anal-stretching-in-the-shower/ |
| Letsjerk.to | 4418027 - Bump In The Night | https://letsjerk.to/danny-d-emily-blake-bump-in-the-night/ |
| Letsjerk.to | Teens Like It Big Vol. 23 | https://letsjerk.to/dirty-and-clean-in-college-bailey-brook/ |
| Letsjerk.to | Baby Got Boobs Vol. 19 | https://letsjerk.to/jimena-puts-on-a-show-jimena-lago/ |
| Letsjerk.to | Baby Got Boobs Vol. 19 | https://letsjerk.to/post-workout-smoothie-ashly-anderson/ |
| Letsjerk.to | 4418370 - Best of Brazzers Pantyhose | https://letsjerk.to/preppies-in-pantyhose-part-1-ariana-marie-chanel-preston/ |
| Letsjerk.to | 4418012 - My Three Wives: Remastered | https://letsjerk.to/katy-jayne-a-very-happy-ending/ |
| Yespornplease.to | Big Tits at School Vol. 7 | https://yespornplease.to/en4/v/85906 |
| Yespornplease.to | 8194 - Beautiful Bounce | https://yespornplease.to/en4/v/88197 |
| Yespornplease.to | 3903 - Resisting Anal Arrest Pt 2 | https://yespornplease.to/en4/v/74695 |

# Exhibit B

## Copies of Notifications Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Tonic Domains Corporation

# Jason Tucker

| | |
|---|---|
| **From:** | Jason Tucker |
| **Sent:** | Friday, February 19, 2021 10:28 AM |
| **To:** | hostmaster@tonic.to |
| **Cc:** | |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Mindgeek |

via Email:

RE: DMCA Takedown Notice for Copyright Infringement – Mindgeek

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address:                                           Phoenix, AZ 85016 USA
Email:

Location of original works owned by and registered to MG Premium Ltd: https://www.pornhubpremium.com/

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.; MG Limited Cyprus; MG Content DP Ltd; MG Content RK Limited; MG Freesites Ltd


**Links to Infringing Material that we request be REMOVED:**
https://goodporn.to/videos/9162/brazzers-live-10-ruff-n-tuff-02-10-2011/
https://goodporn.to/videos/9192/brazzers-live-34-bigger-blonder-03-20-2013/

https://goodporn.to/videos/9197/brazzers-live-35-veronica-s-fantasy-04-30-2013/
https://goodporn.to/videos/9189/brazzers-live-31-ho-ho-hoes-12-13-2012/
https://en.xtapes.to/36238/sand-and-sweat-part-2-alexis-fawx/
https://en.xtapes.to/36238/sand-and-sweat-part-1-alexis-fawx-olive-glass/
https://en.xtapes.to/36238/alone-with-bfs-pervy-roommate-adria-rae-keiran-lee/
https://letsjerk.to/alena-croft-scott-nails-anal-stretching-in-the-shower/
https://letsjerk.to/danny-d-emily-blake-bump-in-the-night/
https://letsjerk.to/dirty-and-clean-in-college-bailey-brook/
https://letsjerk.to/jimena-puts-on-a-show-jimena-lago/
https://letsjerk.to/post-workout-smoothie-ashly-anderson/
https://letsjerk.to/preppies-in-pantyhose-part-1-ariana-marie-chanel-preston/
https://letsjerk.to/katy-jayne-a-very-happy-ending/
https://www.freeomovie.to/busty-latin-beauties/
https://gaypornhdfree.to/2021/02/harvey-ryan-ryan-bones-harvey-sid/
https://gaypornhdfree.to/2020/03/jonas-jackson-leander-real-men-wear-kilts-bareback/
https://gaypornhdfree.to/2021/02/alex-mecum-colton-grey-jeremy-spreadums/
https://yespornplease.to/en4/v/74695
https://yespornplease.to/en4/v/85906
https://yespornplease.to/en4/v/88197


Jason Tucker
SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

 Virus-free. www.avg.com

2